# United States District Court

CRIMINAL MINUTES - Change of Plea

Case No.:  4:20cr45-AW                                               Date:  November 23, 2020
Time:  3:32 - 4:02 p.m.

DOCKET ENTRY: CHANGE OF PLEA HEARING:  Defendant sworn.  Defendant pleads Guilty to Count 1 of the Indictment.  Sentencing is set for February 16, 2021 at 1:00 p.m.  Defendant is to remain on release under previous conditions.

PRESENT:  **ALLEN C. WINSOR, U. S. DISTRICT JUDGE**

Deputy Clerk:  Cindy Markley
Court Reporter:  Lisa Snyder
Probation:  Janet Williams
Asst. U.S. Attorney:  Justin Keen

U.S.A. vs  DAVID WAYNE ARING                    Attorney: Randolph Murrell
☒ present   ☐ custody   ☒ O/R                  ☒ present   ☒ apptd.   ☐ retained

PROCEEDINGS:
☐  Waiver of indictment filed
☐  Information filed
☒  Defendant is ARRAIGNED and specifically advised of his rights
☒  Defendant advised of minimum and maximum sentence
☒  Written Plea Agreement
☒  Written Statement of Facts
☐  Adjudication withheld pending sentencing
☒  Defendant adjudicated guilty on Count(s)  1
☒  Defendant states true name is  David Wayne Aring
☒  Court questions Defendant regarding his physical and mental condition, and advises Defendant of the nature and possible consequences of said plea
☒  Defendant PLEADS  ☒  GUILTY to Count(s)  1
                    ☐  NOT GUILTY to Count(s) _____
☒  Referred to Probation Officer for Pre-Sentencing Report
☒  Sentencing set for:  February 16, 2021, at 1:00 p.m.

Initials of Deputy Clerk: ckm