IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

CASE No: 4:20cr45/AW

v.

DAVID WAYNE ARING

_____/

## STATEMENT OF FACTS

The parties agree with the truthfulness of the following factual basis for the defendant's guilty plea. The undersigned parties further agree that not all of the facts known from this investigation are contained in this brief summary. Defendant admits that, if this case were to proceed to trial, the Government could prove the following facts beyond a reasonable doubt:

The eDonkey Network (also known as the eDonkey2000 network, or eD2k) was a decentralized, mostly server-based, peer-to-peer file sharing network. eMule was one program that can be used to connect to the eDonkey Network. On December 9, 2019, Special Agent Travis Knight with the Florida Department of Law Enforcement (FDLE) reviewed previous IP addresses that had been identified on the eDonkey peer-to-peer network as being in possession of or sharing files indicative of child sexual abuse material (CSAM). SA Knight discovered an investigation that had originally been initiated in August 2018, for IP address 73.118.25.154 with the

1

FILED IN OPEN COURT THIS
11/23/2020
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

unique eDonkey GUID of 9021E504FA0E9E5C59DD03E8A7AD6F0A. The initiation of that original investigation took place while SA Knight was a detective at the Leon County Sheriff's Office; he had since transferred to FDLE and continued to investigate Cyber and High Tech Computer Crimes.

During the initial 2018 investigation, Det. Knight determined the IP address was last observed on July 21, 2018, in possession of ten (10) digital files with filenames indicative of CSAM. In August 2018, Det. Knight served legal process on Comcast, Inc., to which to IP 73.118.25.154 was assigned on July 21, 2018. Comcast provided the subscriber information for IP Address 73.118.25.154, indicating that its assigned subscriber was David Aring, and the service address was 1405 Southwood Plantation Rd, Apt 6301, Tallahassee, Florida 32311.

In 2019, SA Knight entered IP 73.118.25.154 in a specialized law enforcement system to determine if the IP address was still actively downloading and sharing digital files indicative of CSAM. The system identified the same digital CSAM files as well as the same eDonkey GUID (9021E504FA0E9E5C59DD03E8A7AD6F0A) from the 2018 investigation. The system also provided an associated IP address of 68.63.41.10. SA Knight reviewed IP 68.63.41.10 and noticed it had the same corresponding eDonkey GUID as IP address 73.118.25.154, thereby linking the two IP's to similar child pornography activity. SA Knight reviewed the one file associated with IP 68.63.41.10 with a file

2



name of "1st Studio New Siberian Mouse -Hot- Especial Masha And Veronika Sucking Big Cock (2012).avi." SA Knight knew this file to be a child pornography movie from a known child pornography series ("Siberian Mouse") from his training and experience as a law enforcement officer, and as a member of the North Florida Internet Crimes Against Children (ICAC) task force. The same file series (Siberian Mouse) was also observed associated with IP 73.118.25.154 as part of eDonkey. Given the similarities between the two IP addresses, SA Knight obtained a subpoena to Comcast regarding IP address 68.63.41.10. Comcast provided subscriber information for its IP address 68.63.41.10, which indicated that its assigned subscriber was David Aring, and the service address was 1405 Southwood Plantation Rd, Apt 6301, Tallahassee, Florida 32311.

On January 6, 2020, a state search warrant for 1405 Southwood Plantation Rd Apt 6301, Tallahassee, FL 32311 was obtained and was executed on January 7, 2020. During the execution of the search warrant, contact was made with Aring who was the only resident at the address, and was determined to be the only resident of that apartment. During a search of the residence, a 128 GB SanDisk USB device (Item 8) was located in Aring's bedroom, hidden in the back of a sock drawer. This USB device was examined on scene by digital forensic examiners at which time multiple CSAM were found stored on the device. The following files are a small sample of the CSAM files located & stored on the device:

3



FILE NAME: (Children-Sf-1Man) Pthc - Kylie Freeman Vicky (11Yo)
FILE TYPE: MP4
DESCRIPTION: This video file depicts a female child approximate age of 9 to 11 taking off her clothes and performing sexual acts with an adult male. This video file is part of a series of files with an identified child victim.

FILE NAME: (Children-sf-1man) Pthc – Tara (08Yo) – Tara Gets Molested By A Clown - [New][UK][00.12.56]
FILE TYPE: .AVI
DESCRIPTION: Video file depicting a nude female child approximate age of 9 to 11 wearing a mardi gras mask and lying on a bed. The child then performs sexual acts with an adult male wearing a clown mask. This video file is part of a series of files with an identified child victim.

FILE NAME: (Hussyfan) (Pthc) (R@Ygold) Preteen Asian Alica, 11Yo Philippine (Filipina) Child Prostitute XxxHc Pedo Ptscl l(Pthc) (Huss
FILE TYPE: .MPG
DESCRIPTION: Video file depicting a female child approximate age of 7 to 11 wearing a white jumpsuit. The child takes off her clothing and engages in sexual activity with an adult male.

FILE NAME: (Pthc Opva 2014) Paradisebirds Casey - For Graham Greene 9m39s 12yo
FILE TYPE: .MP4
DESCRIPTION: Video file depicting a nude female child approximate age of 9 to 12 lying on her back with her legs above her head. An unknown subject proceeds to "whip" the nude child with a leather strap,

FILE NAME: (Pthc) 3Yo Toddler Girl Suck Dad And Swallow Cum
FILE TYPE:.mpg
DESCRIPTION: Video depicting female child approximate age of 3 to 5. The child is performing oral sex on an adult male. This video is part of a series containing an identified child victim.

FILE NAME: (Pthc) 2011 7Yo Elly Cum In Face
FILE TYPE: .AVI
DESCRIPTION: Video depicting nude female child approximate age of 7 to 10 kneeling on her knees and performing oral sex on an adult male. The adult male ejaculates on the child's face.



FILE NAME: (Pthc) My 3Yo Daughter Getting Anal Enhanced
FILE TYPE: .MP4
DESCRJPTION: Video depicting nude female child approximate age of 3 to 6 lying on her back with her vagina exposed and an adult male anally penetrating her.

FILE NAME: (Pthc) 4Yo Pae (Great New Cbaby) !!New Dark Studio 10 Cdl (Dad And Babyj) 3Yo In Pink Gives Bj
FILE TYPE: .AVI
DESCRJPTION: Video depicting female child approximate age of 3 to 6. The child is on her knees performing oral sex on an adult male.

Items 8 (the USB drive found hidden in Aring's sock drawer) and 14 (an HP Pavilion desktop computer) were forensically examined and found to contain many images and videos constituting child pornography. Item 9 (a Cooler Master desktop computer) was also determined to contain child pornography.

Item 8 was found to contain child pornography from the known child pornography series, "Tara" and "Vicky." According to SA Knight's analysis of the USB drive, there were a total of 40,365 (7.9 GB) digital files (GIF/JPG/AVI/MPG) that depicted various types of child pornography, from bestiality with animals to bondage of children under the age of 12 (most notably infants and toddlers), stored on Item 8. This USB drive was later determined to have been last inserted into the desktop computer on the same day that the eMule software was last used on Aring's desktop computer (December 2, 2019).



Item 14 (desktop computer) was forensically examined by SA Knight. He was able to determine that the last logon by user "David" (which was the 564th time that user logged onto that computer) was on November 26, 2019. SA Knight's analysis also revealed that eMule software was last used on December 2, 2019, which was the same day that Aring last used the VLC video player software on that computer. The Known.met file of eMule saved all files from the eMule program, including shared eMule files, files currently in the eMule download list, or files that were downloaded using eMule in the past. The Known.met file examined by SA Knight was found to contain 1,492 files that were shared by the eMule software through Aring's user account. There were 11 files last shared on the date of December 2, 2019, as follows:



| SHARED FILENAME | LAST SHARED |
|---|---|
| (PHANT 2018) 9yo Latina cheap prostitute underage whore sucking cock SWALLOW entire load don her throat for 5 | 12/2/2019 9:04:56 PM +00:00 |
| OPVA PTHC 2019 Periscope 12yo cutie bathing and...OMG look at yourself! GOD SAVE MEEEEE AAA+++!!!!!!!!!!!.mp4 | 12/2/2019 10:17:21 PM +00:00 |
| Tropical Cuties - Anny pussy anal 012 pthc 2019 PLS share more vids of her or other hot tropical cuties.mp4 | 12/2/2019 8:13:17 PM +00:00 |
| pthc_new-2019-preteen_cum-shot-medley.mp4 | 12/2/2019 9:40:15 PM +00:00 |
| Beautiful Little Angels (Pedo fantasy 2019 pthc) NEW Kids got Talent.mp4 | 12/2/2019 8:20:27 PM +00:00 |
| daddypedo fryturama tropical cuties pthc new 2019 lollipop - niÃ±a caliente enseÃ±a todo.mp4 | 12/2/2019 11:14:06 PM +00:00 |
| Kids Got Talent.mp4 | 12/2/2019 8:11:12 PM +00:00 |
| [pthc][otstoi]2019-3.mp4 | 12/2/2019 8:41:01 PM +00:00 |
| (Pthc) Blindfold Challenge (50 Tastes Of Cock) (Kids Got Talent) Digitally Restored Pedo | 12/2/2019 7:48:56 PM +00:00 |
| pthc_new_2019-cumshots(medley).mp4 | 12/2/2019 7:56:12 PM +00:00 |
| pthc 2019 10yo girl pussyplay,dirty talk,spitting !!!!!!OMG!!!!!!.mp4 | 12/2/2019 8:01:12 PM +00:00 |

Further, search terms pertaining to child pornography were extracted from the eMule program that was installed on Aring's desktop computer (Item 14). The extracted search terms included "PTHC" (a common abbreviation for "Preteen Hardcore"), "Pedo" (another known term that refers to child pornography), and "Siberian Mouse" (which as discussed above, is a known child pornography series).

7



SA Knight was also able to determine that there were a total of 7,126 files (totaling 90.538 GB) shared ("up" or "uploaded") by the eMule program on Aring's computer since May 6, 2018, and since that date, Aring's eMule program had downloaded a total of 17,856 files (totaling 219.346 GB). There were 3,045 (2.5 GB) digital files (GIF/JPG) that depicted various types of child pornography, from bestiality with animals to bondage of children under the age of 12 (most notably infant and toddler), found to be stored on Item 14. Additionally, SA Knight located 1,060 files stored in the recycle bin of user "David." A large portion of the files found in the recycle bin were child pornography files which dated back to as early as 2017.

## ELEMENTS OF THE OFFENSE

i. *Count One* – Certain activities relating to material constituting or containing child pornography – Receive – 18 U.S.C. § 2252A(a)(2)

Elements to be proven beyond a reasonable doubt:

(1) the Defendant knowingly received or attempted to receive an item or items of child pornography;

(2) the item or items of child pornography had been transported or shipped in interstate or foreign commerce including by computer; and

(3) when the Defendant received the item or items, the Defendant believed the item or items were or contained child pornography.



_____
Randolph Murrell
Attorney for Defendant

11/23/20
_____
Date

_____
David Wayne Aring
Defendant

11/23/20
_____
Date

LAWRENCE KEEFE
United States Attorney

_____
Justin M. Keen
Florida Bar No. 021034
Assistant United States Attorney
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
850-942-8430
Justin.Keen@usdoj.gov

11/23/2020
_____
Date