# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.                                       Case No.    4:20cr45-AW-MAF

**DAVID WAYNE ARING**

                                                      /

## GOVERNMENT'S MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States of America, by and through the United States Attorney for the Northern District of Florida, respectfully moves this Court pursuant to Federal Rules of Criminal Procedure, Rule 32.2(b) for the issuance of a Preliminary Order of Forfeiture in the above-styled criminal matter against the following property:

a. **One SanDisk 16 GB thumb drive, SN: BL130323463B,**

b. **One SanDisk Extreme USB 3.0 32 GB thumb drive, SN: BM130123463B,**

c. **One PNY 8 GB thumb drive, SN: 441FA208 Hex,**

d. **One DataTraveler 112 USB 2GB thumb drive,**

e. **One SanDisk 32 GB (pink) thumb drive, SN: BM150725243B,**

f. **One HP 4GB thumb drive SN# 0Xecc030008b014,**

g. **One Samsung Galaxy S5 cell phone, IMEI: 310260681180201,**

h. **SanDisk Ultra USB 3.0 128 GB thumb drive, SN: BP180526263B,**

  i. **One Cooler Master desktop computer, SN: Unavailable,**

  j. **Two doll wigs and clothing,**

  k. **One sex doll,**

  l. **One World of Warcraft dongle,**

  m. **One HP Pavilion P6210y PC desktop computer, SN: MXU9470GWD,**

  n. **One external hard drive, SN: WX21DA87C2HU.**

  1. On August 4, 2020, a Federal Grand Jury sitting in the Northern District of Florida issued a two-count Indictment against the defendant, charging him in Count One with receipt of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1); and in Count Two with possession of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2). (ECF Doc. 1)

  2. The Indictment included a Criminal Forfeiture provision pursuant to Title 18, United States Code, Section 2253, that put the defendant on notice that the United States would seek to forfeit the above-described property as property involved in the offenses alleged in Counts One and Two. (*Id.*)

  3. On November 23, 2020, the defendant pled guilty to Count One of the Indictment and the government will move to dismiss Count Two at sentencing.  As part of his guilty plea, the defendant agreed that his sentence included the forfeiture

of all forfeitable assets, and he specifically agreed to the forfeiture of the above-described property. (ECF Docs. 20-22)

4. For the reasons stated above, the United States requests that the Court forfeit to the United States the above-described property and further requests that, the order of forfeiture become final as to the defendant at sentencing.

5. Upon issuance of a Preliminary Order of Forfeiture, the United States will publish notice of this Order on the Government's official Internet website, www.forfeiture.gov, and will send direct notice to any person, other than the defendant, having or claiming a legal interest in the property, advising such person of his or her right to file a petition contesting the forfeiture in accordance with Title 21, United States Code, Section 853(n) and Rule 32.2(c).  This notice will state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. In accordance with the Title 18, United States Code, Section 2253, and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States requests that it be permitted to seize the specific property subject to forfeiture

whether held by the defendant or a third party, and to undertake whatever discovery is necessary to identify, locate or dispose of the property subject to forfeiture, or substitute assets for such property.

7. As required by Federal Rule of Criminal Procedure 32.2(b)(4), the United States requests that the Court include the forfeiture when orally pronouncing the sentence and in the judgment. See Fed. R. Crim. P. 32.2(b)(4)(B) and United States v. Kennedy, 201 F.3d 1324, 1326 (11th Cir. 2000).

8. The United States further requests that the Court retain jurisdiction to address any third-party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

9. A proposed Preliminary Order of Forfeiture will be submitted for the Court's consideration.

WHEREFORE, the United States respectfully requests entry of a Preliminary Order of Forfeiture for the above-described property.

Dated this 11th day of February, 2021.

                              Respectfully submitted,

                              LAWRENCE KEEFE
                              United States Attorney

                              ***/s/ Justin M. Keen***
                              JUSTIN M. KEEN
                              Assistant United States Attorney
                              Florida Bar Number: 021034
                              111 North Adams Street, Fourth Floor
                              Tallahassee, FL 32301
                              Justin.Keen@usdoj.gov
                              (850) 216-3802